## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| VIVIAN FRANCISCO | CIVIL ACTION NO. 11-0299 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | MAGISTRATE JUDGE HANNA |

### JUDGMENT

On March 19, 2012, a hearing was held before Magistrate Judge Patrick J. Hanna in Baton Rouge with regard to the Court's order of February 10, 2012 (Rec. Doc. 31), ordering the plaintiff to show cause why this action should not be dismissed due to the plaintiff's failure to comply with earlier orders of the Court. The plaintiff, Vivian Francisco, appeared at the hearing and made an oral motion, pursuant to Rule 41 of the Federal Rules of Civil Procedure, for dismissal of the action without prejudice. Neither Ms. Francisco's counsel nor the defendant objected to or opposed the motion.

Accordingly,

**IT IS ORDERED** that the motion is **GRANTED**, and this action is **DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 20th day of March, 2012.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE